IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUI DAI,

    Plaintiff,

vs.

MICHAEL CHERTOFF, Secretary, Department of Homeland Security, et al.,

    Defendants.

No. CIV S-08-0438 LKK GGH PS

FINDINGS AND RECOMMENDATIONS

/

        On February 26, 2008, plaintiff filed: (1) a complaint, (2) the filing fee required to file an action in this court, and (3) an application to proceed in forma pauperis without prepayment of fees (28 U.S.C. § 1915(a)). The court has reviewed plaintiff's application and concludes plaintiff has not made the showing required to proceed in forma pauperis.[1] Therefore, plaintiff's application to proceed in forma pauperis should be denied and this case should proceed as a regular civil case.

        Accordingly, IT IS HEREBY RECOMMENDED that plaintiff's application to proceed in forma pauperis (Docket Entry No. 2) be denied.

\\\\\

---

[1] Plaintiff states that he is currently employed and earns a biweekly salary of $2500, that he has $5000 in cash or accounts, and owns property valued at $500,000.

1  These findings and recommendations are submitted to the United States District
2  Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within ten days
3  after being served with these findings and recommendations, plaintiff may file written objections
4  with the court.  The document should be captioned "Objections to Magistrate Judge's Findings
5  and Recommendations."  Plaintiff is advised that failure to file objections within the specified
6  time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153
7  (9th Cir. 1991).

DATED: 04/14/08

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh5:Dai.0438.ifpfee