IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUI DAI,

     Plaintiff,                                  No. CIV S-08-0438 LKK GGH PS

     vs.

MICHAEL CHERTOFF, Secretary,                 ORDER
Department of Homeland Security,
et al.,
     Defendants.
_____/

         Plaintiff has filed a notice of voluntary dismissal of this action pursuant to Fed. R. Civ. P. 41(a)(1), consistent with the rule's authorization for such dismissal if the defendants have filed neither an answer nor motion for summary judgment, as in the instant case.

         Accordingly, the Clerk of Court shall close this case.

DATED: 04/23/08

                                                   /s/ Gregory G. Hollows

                                                   GREGORY G. HOLLOWS
                                                   UNITED STATES MAGISTRATE JUDGE

ggh5:Dai.0438.dis